Tomas A. Guterres, Esq. (State Bar No. 152729)
Michael B. McDonald, Esq. (State Bar No. 278196)
**COLLINS COLLINS MUIR + STEWART LLP**
1100 El Centro Street
South Pasadena, CA  91030
(626) 243-1100 – FAX (626) 243-1111
Email: tguterres@ccmlaw.com
Email: mmcdonald@ccmslaw.com

Attorneys for Defendants, COUNTY OF LOS ANGELES, JERRY POWERS, BOOKER WAUGH, and LES SMITH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.D.C., a Minor, by and through his Guardian ad Litem, MARIA TERESA PENALOZA, <br><br> Plaintiff, <br> vs. <br><br> COUNTY OF LOS ANGELES, a public entity; JERRY POWERS, BOOKER WAUGH, LES SMITH; and DOES 1 through 10, individually and in their official capacity as Probation Officers for the COUNTY OF LOS ANGELES, <br><br> Defendants. | CASE NO. CV 14-6014 DMG (ASx) <br> *[Assigned to the Hon. Dolly M. Gee, Courtroom 7]* <br><br> **STIPULATION RE: JUVENILE COURT CASE FILES AND PROPOSED PROTECTIVE ORDER** <br><br> *[Filed Concurrently with Proposed Protective Order and Proposed Order re Juvenile Court Records]* <br><br> **Complaint Filed:  8/4/14** <br><br> **Trial Date:  2/2/16** |

Plaintiff, R.D.C., a Minor, by and through his Guardian ad Litem, MARIA TERESA PENALOZA ("Plaintiff") on the one hand and Defendants, COUNTY OF LOS ANGELES, JERRY POWERS, BOOKER WAUGH, and LES SMITH (collectively, "Defendants") on the other, through their attorneys of record, submit this stipulation to request that this Court issue an order directing the County of Los

19220.

1

**STIP. AND PROPOSED PROT.ORDER RE: JUVENILE CASE FILES**

Angeles Superior Court – Juvenile Division clerk to produce all of the Juvenile Records and Juvenile Court Case File documents of the individuals identified herein below for copying and to allow the parties to use these documents for purposes of this litigation subject to an appropriate protective order. The Juvenile Records and Juvenile Court Case Files sought by way of this stipulation relate to the following individuals:

1. **R.D.C.** (Juvenile Case No. PJ50962 / PDJ # P346285; D.O.B. 01/27/1997);

2. **B.R.B.** (Juvenile Case No. PDJ # P287795; D.O.B. 05/05/1998);

The above documents shall be made available to all counsel in this litigation by the procedures and methods set forth below and shall only be used for the limited purpose of the subject civil action.

The clerk of the Juvenile Court upon receipt of this Order will arrange for a date within 14 days of such Order, whereby a licensed and bonded copy and/or scanning company agreed upon by all counsel, may report to the Clerk's office at 201 Centre Plaza Drive, Monterey Park, CA 91754 to copy and/or scan the documents on-site. The documents produced pursuant to this Order will be electronically Bates stamped in the Adobe Acrobat software by the copy company after scanning. The copy company will then distribute copies of the disks to each party; and then delete any copies of any documents, in any form, once receipt is confirmed by all counsel of functioning disks containing the scanned documents. The costs of the scanning and distribution shall be shared equally between the parties.

If any document is to be attached or used in the civil case, such document shall be treated pursuant to the requirements of the parties' duly filed proposed protective order signed by the federal court.

The Parties stipulate that good cause exists to issue an order to release the above identified records on the following grounds:

19220.

**Collins Collins Muir + Stewart** LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax    (626) 243-1111

1  The Complaint alleges Federal Civil Rights violations; violations of the American With Disabilities Act; Section 504 of the Rehabilitation Act of 1973; and State claims of violations of Government Code §§ 11135 and 815.2.

Plaintiff, R.D.C. (dob: 01/27/1997), a juvenile ward at the Los Angeles County Probation Department - Dorothy Kirby Center, alleges that on June 19, 2013, he was "sucker punched" in the face by another juvenile ward, B.R.B. (dob: 5/5/1998) and sustained injury. Plaintiff claims to have been diagnosed with "bi-polar" disorder and alleges that County failed to protect him from other, non-disabled inmates who had a propensity for violence;

Given the nature of Plaintiff's allegations, information contained in the juvenile case files of Plaintiff and third party minor B.R.B. is relevant and will be central to the Parties' investigations and analyses of the circumstances surrounding the incident at issue. Moreover, the documents and information contained in the juvenile records and court files of R.D.C. and B.R.B. are essential for the defense of Defendants to establish the information known at the time of the incident; the circumstances regarding the placement and supervision of each, including but not limited to information as to the mental health condition of each; behavioral issues; history of incidents and the like;

The confidential information contained in Plaintiff and third party minor B.R.B.'s juvenile case files is confidential and protected from disclosure under California Welfare & Institutions Code section 827, et seq.;

Defendants filed their "Request for Disclosure of Juvenile Case File" as to Plaintiff and third party minor B.R.B. on December 31, 2014.

The Juvenile Court *denied* Defendants' "Request for Disclosure of Juvenile Case File" as to Plaintiff on March 5, 2015; but has not issued a response to Defendants' December 31, 2014 "Request for Disclosure of Juvenile Case File" as to third party minor B.R.B. as of the date of this stipulation;

The denial of Defendants' request for disclosure as to Plaintiff's juvenile

19220.

**Collins Collins Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

3

**STIP. AND PROPOSED PROT.ORDER RE: JUVENILE CASE FILES**

1 court file and the Juvenile Court's lack of response as to Defendants' request for disclosure as to B.R.B. has severely inhibited the Parties from engaging in meaningful discovery in the instant case;

Furthermore, it is anticipated that Plaintiff will be desirous of discovery regarding information and files in which Defendants claim a privacy interest and protection under the official information privilege and/or Cal. Evid. Code §§ 1040, 1043, and 1045 et seq., Cal. Penal Code § 832.7, and the Peace Officers' Bill of Rights;

The Parties believe and agree that the order this Court provides is necessary to obtain the above identified records so that discovery in this matter can proceed as planned;

Therefore, the Parties, by and through their undersigned counsel of record, hereby stipulate to the following terms regarding the disclosure, dissemination, and production of Plaintiff's and third party minor B.R.B.'s Juvenile Court case file (the "Records") in the above captioned matter:

1. The released Records shall only be used for the limited purpose of this civil action (Case No. CV 14-6014 DMG SHx);

2. If any Records are attached to a document filed or submitted in this civil action, such Records shall be filed under seal;

3. Except as necessary in this civil action, the released Records shall not be disclosed to anyone other than the parties, their counsel (including investigators and adjusters), experts, and if applicable, the insurance carrier of the defendants;

4. The Records may be disclosed for the purposes of trial in this civil action, subject to admissibility; and

/ / /
/ / /
/ / /
/ / /

19220.

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

5. Upon conclusion of this civil action, all released documents are to be destroyed.

**IT IS SO STIPULATED.**

DATED:  June 30, 2015     COLLINS COLLINS MUIR + STEWART LLP

By: _____
    MICHAEL B. McDONALD
Attorney for Defendants,
COUNTY OF LOS ANGELES, JERRY POWERS, BOOKER WAUGH, and LES SMITH

DATED:  June 30, 2015     JORGE GONZALEZ, A PROFESSIONAL CORPORATION

By: _____/s/_____
    Jorge Gonzalez
Attorney for Plaintiff, R.D.C.

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

19220.

5

STIP. AND PROPOSED PROT.ORDER RE: JUVENILE CASE FILES

**PROOF OF SERVICE**

**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California,           )
                               ) ss.
County of Los Angeles.         )

    I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action; my business address is 1100 El Centro Street, South Pasadena, California 91030.

    On **June 30, 2015**, I served the foregoing document described as **STIPULATION RE: JUVENILE COURT CASE FILES AND PROPOSED PROTECTIVE ORDER** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

Jorge Gonzalez, Esq.
LAW OFFICE OF JORGE GONZALEZ
2485 Huntington Drive, Suite 238
San Marino, CA 91108
(213) 598-3278
jggorgeous@aol.com
**Attorneys for Plaintiff, R.D.C., a Minor, by and through his Guardian ad Litem, MARIA TERESA PENALOZA**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in South Pasadena, California to be served on the parties as indicated on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at South Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in South Pasadena, California.

☐ **BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed above on:     **June 30, 2015**

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number (626) 243-1100 indicated all pages were transmitted.

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on **June 30, 2015** at South Pasadena, California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Mary Perez*

MARY PEREZ
mperez@ccmslaw.com

,

19220.

6

**STIP. AND PROPOSED PROT. ORDER RE: JUVENILE CASE FILES**

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax    (626) 243-1111